# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2016

Robert P. Young, Jr.,
Chief Justice

150616(83)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CRAIG HECHT,
      Plaintiff-Appellee,

v

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Manufacturers Association for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 7, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2016

